[L. A. No. 974.   Department Two.—December 27, 1901.]

## WILLIAM CHAPMAN, Respondent, v. FISHER AMES, Appellant.

STREET ASSESSMENTS—VROOMAN ACT—CONSTITUTIONAL LAW.—The act regulating assessments for street improvements, known as the "Vrooman Act," is constitutional and valid. The prior decisions of this court, distinguishing the case of *Norwood* v. *Baker*, 172 U. S. 269, and upholding the constitutionality of the Vrooman Act, are affirmed.

APPEAL from a judgment of the Superior Court of Los Angeles County and from an order denying a new trial. Lucien Shaw, Judge.

The facts are stated in the opinion.

Leon F. Moss, for Appellant.

Charles Lantz, for Respondent.

HAYNES, C.—Action to foreclose a lien for street work, performed under the statute commonly known as the "Vrooman Act." The plaintiff had judgment, and the defendant appeals from the judgment and from an order denying a new trial.

Appellant contends that said act is unconstitutional, and relies upon the case of *Norwood* v. *Baker*, 172 U. S. 269, to sustain his contention. Since the appeal was taken and the briefs filed in this case, the case of *Norwood* v. *Baker*, 172 U. S. 269, has been twice considered by this court in cases not distinguishable from the one now before us, and the constitutionality of the Vrooman Act was in both cases sustained. (See *Hadley* v. *Dague*, 130 Cal. 207, 217, and *San Francisco Paving Co.* v. *Bates*, 134 Cal. 39, and cases there cited.) . In the latter case, referring to the case of *Hadley* v. *Dague*, 130 Cal. 207, 217, it was said: "Although invited by appellants to overrule that case, we decline to do so, as we are satisfied with it as a final declaration of the law on the subject." A careful examination of appellant's very able brief discloses no ground

upon which those cases should be overruled or distinguished, and I therefore advise that the judgment and order appealed from be affirmed.

Smith, C., and Cooper, C., concurred.

For the reasons given in the foregoing opinion the judgment and order appealed from are affirmed.

Henshaw, J., McFarland, J., Temple, J.